UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GALDINO VAZQUEZ,

Petitioner,

v.

Gregory J. Archambeault, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement; et al.,

Respondents.

Case No.:  26-cv-86-BJC-DDL

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS [ECF No. 1]**

Galdino Vazquez ("Petitioner") is a native and citizen of Mexico who entered the United States in 1991.  ECF No. 1 at 4, 10.  On October 22, 2012, the Department of Homeland Security ("DHS") initiated removal proceedings by filing a Notice to Appear.  *Id.* at 10.  In 2013, the parties filed a joint motion for administrative closure, which was granted.  *Id.*  On May 8, 2025, DHS filed a motion to re-calendar the proceedings, which the immigration judge granted.  *Id.*  Due to a change of address, Petitioner did not receive

notice of the hearing and was ordered removed *in absentia*. *Id.* Petitioner asserts that he subsequently received a call-in letter from Immigration and Customs Enforcement ("ICE"). *Id.* Petitioner then learned of the removal order, and through counsel, filed a motion to reopen his removal proceedings. *Id.* On October 15, 2025, Petitioner appeared for his appointment with Immigration and Customs Enforcement and was arrested. *Id.* Petitioner has remained in custody since that date. *Id.* On November 7, 2025, Petitioner's motion to reopen was granted. *Id.*

On January 6, 2026, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the Fifth Amendment. This Court set a briefing schedule and issued a limited stay. ECF No. 2. Respondents filed a return to the petition on January 15, 2026. ECF No. 4. In their return, Respondents acknowledge that Petitioner, pursuant to the judgment in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), "is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place. The Clerk of Court shall closed this matter.

**IT IS SO ORDERED.**

Dated:  January 28, 2026

Honorable Benjamin J. Cheeks
United States District Judge

2

26-cv-86-BJC-DDL